| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| CARLOS HENDON, | No. 2:17-cv-0171 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 4.) In an order filed July 24, 2017, the court held that plaintiff has accrued three strikes under 28 U.S.C. § 1915(g) and that plaintiff fails to meet the imminent danger exception to § 1915(g). (ECF No. 6.) The court ordered plaintiff to pay the filing fee within thirty days and warned that his failure to do so would result in dismissal of this action.

////

////

////

////

////

1

The thirty-day period has passed and plaintiff has not paid the filing fee.  Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

Dated:  September 7, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hend0171.final or